# NAVY TRIAL CALENDAR FOR SEPTEMBER 13, 2006
## UNITED STATES MAGISTRATE BARRY M. KURREN

Page

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine SA | Total |
|---|---|---|---|---|---|---|---|---|
| T- 6) | MANGROBANG, DEL E. | CR 06-00347 | | N0701659 H21 05/10/2006 | TRESPASSING PAYMENT | $25.00 | | |

CONT AS TRIAL MATTER FROM 06/28/06 A&P;
CONT FOR POC; $250.00 FINE $25.00 + 5.00 SA

300.00
08/02/06  POC complied

| T- 7) | BLEAU, ERIC M. ***** Bench Warrant ***** | CR 05-00017 | | N296752 H20 11/24/2004 | PROOF OF COMPLIANCE DUI | $0.00 | | |

Atty: LORETTA FOYMONVILLE AFPD

CONT AS BW MATTER FROM 1/12/05 A & P, CONT
AS TRIAL MATTER FROM 3/23/05 A & P; 14 HRS
AAEA, MANDATORY ALCOHOL ASSESSMENT, 90 DAYS
LIC SUSP, 4 DAYS IMPRISONMENT - MITTIMUS
4/28/05 @ 9:00AM, DEFT TO REPORT TO USM,
CONT FROM 4/27/05 TRIALS FOR POC - PAID
$5.00 (CVB REPORT 5/5/05); CONT FROM
10/26/05 POC (FOR COMPLETION OF 14 HRS
AAEA); CONT FROM 1/11/06 POC

cont'd to
10/11/2006
NKJT 10/11/2006
POC
FC pp

Atty: ALEXANDER SILVERT, AFPD

Dated: 09/13/2006

APPROVED AND SO ORDERED
Magistrate Judge BARRY M. KURREN

APPROVED
SAUSA ELIZABETH JOSEPHSON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 13 2006
at ____ o'clock and ____ min ___M
SUE BEITIA, CLERK