# NAVY TRIAL CALENDAR FOR OCTOBER 11, 2006
## UNITED STATES MAGISTRATE BARRY M. KURREN

Page

| Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition |
|---|---|---|---|---|---|---|
| T-8) BLEAU, ERIC M. ***** Bench Warrant ***** | CR 05-00017 | | N296752 H20 11/24/2004 | DUI PROOF OF COMPLIANCE | $0.00 | SA / Total |

CONT AS BW MATTER FROM 1/12/05 A & P, CONT AS TRIAL MATTER FROM 3/23/05 A & P; 14 HRS AAEA, MANDATORY ALCOHOL ASSESSMENT, 90 DAYS LIC SUSP, 4 DAYS IMPRISONMENT - MITTIMUS 4/28/05 @ 9:00AM, DEFT TO REPORT TO USM, CONT FROM 4/27/05 TRIALS FOR POC - PAID $5.00 (CVB REPORT 5/5/05); CONT FROM 10/26/05 POC (FOR COMPLETION OF 14 HRS AAEA); CONT FROM 1/11/06 POC ; CONT FOR POC FROM 09/13/2006

Atty: ALEXANDER SILVERT, AFPD

CM complied Deft.
☐ $5.00 SA paid on 05/05/05
☐ Certificate of Completion for Impaired Driving Educational Course dated April 19, 2006 received 04/18/06

APPROVED AND SO ORDERED
Magistrate Judge BARRY M. KURREN

Dated: 10/11/2006

APPROVED
SAUSA L. ELIZABETH JOSEPHSON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 11 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK